**Order filed April 19, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00806-CR
_____

**JARVIS L. BARBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 7
Harris County, Texas
Trial Court Cause No. 2008621**

## ORDER

Appellant is represented by retained counsel, **Frederick Wilson**. No reporter's record has been filed in this case. On January 20, 2016, Kara Salazar, the court reporter, notified this court that appellant had not made arrangements to pay for the reporter's record. On February 9, 2016, this court abated the appeal and ordered the trial court to determine whether appellant desired to prosecute his appeal and, if so, whether he is indigent and entitled to a free record and appointed counsel. The trial court held a hearing on February 24, 2016, in which it confirmed appellant

is not indigent and has retained Wilson as appellate counsel. At that hearing, appellant, through Wilson, agreed to contact the court reporter and make arrangements to pay for the reporter's record.

On February 25, 2016, Salazar again notified this court that appellant had not made arrangements to pay for the reporter's record. That day, this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply. On April 12, 2016, the court reporter informed this court that appellant has still not made arrangements to pay for the reporter's record.

Accordingly, we **ORDER** appellant's retained counsel, **Frederick Wilson**, to file a brief in this appeal on or before **May 19, 2016**. If Wilson does not timely file the brief as ordered, the appeal will be abated for a hearing in the trial court to determine the reason for the failure to file the brief. *See* Tex. R. App. P. 38.8(b)(2).


PER CURIAM